UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-10032-CR-MARTINEZ/SNOW

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JULIO BRAVO PINEDA,
ANDRES ALBETO DAVILA-MENDOZA, and
OTMAR SING GONZALEZ,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE SNOW'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defendant Julio Bravo Pineda's Motion to Dismiss Indictment Based on Lack of Jurisdiction, and Unconstitutionality of the Statute as Applied (ECF No. 27), adopted by Defendants Andres Albeto Davila-Mendoza and Otmar Sing Gonzalez (ECF No. 32).

**THE MATTER** was referred to United States Magistrate Judge Lurana S. Snow. A Report and Recommendation (ECF No. 40) was filed on December 12, 2016, recommending that Defendant Julio Bravo Pineda's Motion to Dismiss Indictment Based on Lack of Jurisdiction, and Unconstitutionality of the Statute as Applied (ECF No. 27), adopted by Defendants Andres Albeto Davila-Mendoza and Otmar Sing Gonzalez (ECF No. 32) be denied. The parties were afforded the opportunity to file written objections fourteen (14) days from the date of the report, and the record reveals that objections to magistrate's order denying defendant's motion to dismiss Indictment were filed. The Court has reviewed the entire file and record and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Lurana S. Snow's Report and Recommendation **(ECF No. 40)** of December 12, 2016 is hereby **AFFIRMED** and **ADOPTED** in its entirety.

Defendant Julio Bravo Pineda's Motion to Dismiss Indictment Based on Lack of Jurisdiction, and Unconstitutionality of the Statute as Applied (ECF No. 27), adopted by Defendants Andres Albeto Davila-Mendoza and Otmar Sing Gonzalez (ECF No. 32) are **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10 day of January, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Hon. Magistrate Snow
All Counsel Of Record